UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Roller,

       Plaintiff,                 Civil No. 05-2177 (RHK/JSM)

vs.                               **DISQUALIFICATION AND
                                     ORDER FOR REASSIGNMENT**

George Bush Administration,
c/o George Bush, Richard B. Cheney,
Donald H. Rumsfeld, John David
Ashcroft,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 26, 2005

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge