UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Christopher Roller, | Civil No. 05-2177 (JRT/FLN) |
| Plaintiff, | |
| v. | **O R D E R** |
| George Bush Administration, et al., | |
| Defendants. | |

Christopher Roller, 13150 Harriet Avenue South, #273, Burnsville, Minnesota 55337, plaintiff *pro se*.

Patricia R. Cangemi, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 30, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss [Docket No. 17] is GRANTED and Plaintiff's motion for leave to amend the complaint [Docket No. 28] is DENIED.   **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment [Docket No. 6] is DENIED as moot.

DATED: August 15, 2006
at Minneapolis, Minnesota.

                                                         s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                               United States District Judge